No. 69392.—A. C. Gilbert Co. and Milton Snedeker Corp. et al. *v.* United States, protests 63/3946, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of HO gauge track and other railroad accessories similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 21, 1965

No. 69393.—Mid-America Shipping Service *v.* United States, protest 61/24704–12521 (Chicago).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of vitascopes similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v *United States* (52 Cust. Ct. 20, C.D. 2428), the claim of the plaintiff was sustained.